IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FOREMOST INSURANCE COMPANY,<br><br>     Plaintiff,<br><br>vs.<br><br>NICOLE HEDGLIN, and ROBERT BURCZYK,<br><br>     Defendants. | 8:25CV3048<br><br>**ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 12) is granted and Shayna N. Bartow is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to Shayna N. Bartow in this case.

Dated this 30th day of April, 2025.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge